UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:12-CR-98(11) |
| | ) | |
| JOHN FRANKLIN LANDERS | ) | |

## **O R D E R**

It is hereby **ORDERED** that defendant's motions to transport are **GRANTED**, [Docs. 349, 350, and 351], and the United States Marshal is **ORDERED** to transport the following witnesses, who are in federal custody, to the defendant's sentencing at 9:00 a.m. on July 17, 2013:

1. James Scott White, who is set for sentencing on July 19, 2013;

2. Lindsey Renee Phipps, who was sentenced on June 24, 2013; and

3. Tristan Allan Brewer, who is set for sentencing on August 21, 2013.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE