| PROB 22 [EDTN51] (1/98) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:12-CR-00098-011 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John Franklin Landers, II (Eastern District of Virginia) | DISTRICT Eastern District of Tennessee | DIVISION Greeneville |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable J. Ronnie Greer United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/12/2017 — TO 06/11/2020 |

OFFENSE

Possession of Equipment, Chemicals, Products, and Materials Which May Be Used to Manufacture Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that, pursuant to Title 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/23/2017
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*